# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| DARDISI ALEXANDER,<br><br>Petitioner,<br><br>v.<br><br>R. MARQUES, WARDEN,<br><br>Respondent. | Civil No. 19-1091 (JRT/KMM)<br><br>ORDER ON REPORT<br>AND RECOMMENDATION |

Dardisi Alexander, # 60518-060, FCI Sandstone, P.O. Box 1000, Sandstone, MN 55072, *pro se* petitioner.

Ana H Voss, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

A Report and Recommendation was filed by Magistrate Judge Katherine Menendez on September 12, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED AS MOOT** and this action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 7, 2019          s/John R. Tunheim
at Minneapolis, Minnesota       JOHN R. TUNHEIM
                                Chief Judge
                                United States District Court